UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN ZHEN HUANG,<br><br>            Plaintiff,<br><br>    vs.<br><br>JANET NAPOLITANO,<br>Secretary of the Department of Homeland Security, et al.,<br><br>            Defendants. | Case No. 11-CV-03447-DMR<br><br>**ORDER DISMISSING CASE** |

Pursuant to the parties' joint stipulation, the Court dismisses Plaintiff's complaint without prejudice on the condition that United States Citizenship and Immigration Services ("USCIS") issue a decision on Plaintiff's N-400 Application for Naturalization ("N-400 application") within 60 days of the date of this order.

Upon USCIS issuing a decision on Plaintiff's N-400 application, dismissal of Plaintiff's complaint will become a dismissal with prejudice, with each party bearing its own costs, including attorneys fees.

It is SO ORDERED.

DATED: August 18, 2011.

_____
Honorable Donna M. Ryu
United States Magistrate Judge